HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MICHAEL J. TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. TAYLOR,<br><br>Defendant. | Case No. 3:16-po-00464-KJN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: March 18, 2020<br>TIME: 9:00 A.M.<br>JUDGE: Hon. Kendall J. Newman |

On January 30, 2020, Michael J. Taylor appeared in magistrate court in this district for his initial appearance on the single charge in the citation, a violation of 36 C.F.R. 261.54(d) (driving on a suspended license). In lieu of the open felony charge in 2:19-cr-173 WBS, the parties hereby stipulate that the status conference scheduled for March 18, 2020 be vacated and be continued to June 10, 2020 at 9:00 A.M. The defense is in need of time for independent investigation of the facts of the single charge in the felony matter, and the parties are in need of time to discuss a possible global resolution of both matters.

DATED: March 11, 2020          Respectfully submitted,

                               HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Hannah R. Labaree*
                               HANNAH R. LABAREE

Stipulation and Order
to Continue Status Conference

-1-

| | | |
|---|---|---|
| 1 | | Assistant Federal Defender<br>Attorney for MICHAEL J. TAYLOR |
| 2 | DATED: March 11, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | | By: */s/ Shelley Weger*<br>SHELLEY WEGER |
| 5 | | Assistant United States Attorney<br>Attorney for Plaintiff |

Stipulation and Order
to Continue Status Conference

-2-

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The Court specifically ORDERS that the status conference, currently set for March 18, 2020, at 9:00 A.M., be VACATED and CONTINUED to June 10, 2020, at 9:00 A.M., in front of this Honorable Court.

Dated:  March 12, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE