HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MICHAEL J. TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-po-00464-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL J. TAYLOR, | DATE:       August 19, 2020<br>TIME:        9:00 A.M. |
| Defendant. | JUDGE:      Hon. Kendall J. Newman |

On January 30, 2020, Michael J. Taylor appeared in magistrate court in this district for his initial appearance on the single charge in the citation, a violation of 36 C.F.R. 261.59(d) (driving on a suspended license).  In light of the pending case at 2:19-cr-173-WBS, charging Mr. Taylor with a violation of 18 U.S.C. §2250(a), the parties hereby stipulate that the status conference scheduled for August 19, 2020 be vacated and be continued to October 7, 2020 at 9:00 A.M.

//

//

//

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

1    The defense is in need of time for independent investigation of the facts of the single charge in

2    the felony matter, and the parties are in need of time to discuss a possible resolution of both

3    matters.

4

5    DATED: July 9, 2020          Respectfully submitted,

6                                       HEATHER E. WILLIAMS

7                                       Federal Defender

8                                       */s/ Hannah R. Labaree*

9                                       HANNAH R. LABAREE
                                       Assistant Federal Defender

10                                      Attorney for MICHAEL J. TAYLOR

11    DATED: July 9, 2020          McGREGOR W. SCOTT
                                       United States Attorney

12

13                                    By: */s/ Shelley Weger*
                                       SHELLEY WEGER

14                                      Assistant United States Attorney
                                      Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2
      The Court, having received, read, and considered the parties' stipulation, and good cause

3
appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in

4
its entirety as its Order. The Court specifically ORDERS that the status conference, currently set

5
for August 19, 2020, at 9:00 A.M., be VACATED and CONTINUED to October 7, 2020, at 9:00

6
A.M., in front of this Honorable Court.

7
Dated:  July 10, 2020

8

9
_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order
to Continue Status Conference