1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Hannah_Labaree@fd.org

6  Attorney for Defendant
   MICHAEL J. TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-po-00464-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL J. TAYLOR, | DATE:     October 7, 2020<br>TIME:     9:00 A.M.<br>JUDGE:    Hon. Kendall J. Newman |
| Defendant. | |

On January 30, 2020, Michael J. Taylor appeared in magistrate court in this district for his initial appearance on the single charge in the citation, a violation of 36 C.F.R. 261.59(d) (driving on a suspended license).  In light of the pending case at 2:19-cr-173-WBS, charging Mr. Taylor with a violation of 18 U.S.C. §2250(a), the parties hereby stipulate that the status conference scheduled for October 7, 2020 be vacated and be continued to December 9, 2020 at 9:00 A.M.

//

//

//

1  The defense is in need of time for independent investigation of the facts of the single charge in
2  the felony matter, and the parties are in need of time to discuss a possible resolution of both
3  matters.

5  DATED: October 5, 2020            Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Hannah R. Labaree*
                                    HANNAH R. LABAREE
                                    Assistant Federal Defender
                                    Attorney for MICHAEL J. TAYLOR

11 DATED: October 5, 2020            McGREGOR W. SCOTT
                                    United States Attorney

                                    By: */s/ Shelley Weger*
                                    SHELLEY WEGER
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Stipulation and Order                -2-
to Continue Status Conference

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The Court specifically ORDERS that the status conference, currently set for October 7, 2020, at 9:00 A.M., be VACATED and CONTINUED to December 9, 2020, at 9:00 A.M., in front of this Honorable Court.

Dated:  October 6, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE