HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MICHAEL J. TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:16-po-00464-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL J. TAYLOR, | DATE: December 9, 2020<br>TIME: 9:00 A.M.<br>JUDGE: Hon. Kendall J. Newman |
| Defendant. | |

On January 30, 2020, Michael J. Taylor appeared in magistrate court in this district for his initial appearance on the single charge in the citation, a violation of 36 C.F.R. 261.59(d) (driving on a suspended license). In light of the pending case at 2:19-cr-173-WBS, charging Mr. Taylor with a violation of 18 U.S.C. §2250(a), the parties hereby stipulate that the status conference scheduled for December 9, 2020 be vacated and be continued to January 13, 2021 at 9:00 A.M.

The defense is in need of time for additional independent investigation of the facts of the single charge in the felony matter, and the parties are in need of time to discuss a possible resolution of both matters.

//

//

//

Stipulation and Order
to Continue Status Conference

-1-

| | | |
|---|---|---|
| 1 | DATED: December 2, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| 6 | | Attorney for MICHAEL J. TAYLOR |
| 7 | DATED: December 2, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| 8 | | |
| 9 | | By: */s/ Shelley Weger*<br>SHELLEY WEGER |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The Court specifically ORDERS that the status conference, currently set for December 9, 2020, at 9:00 A.M., be VACATED and CONTINUED to January 13, 2021, at 9:00 A.M., in front of this Honorable Court.

Dated: December 2, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE