HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MICHAEL J. TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:16-po-00464-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL J. TAYLOR, | DATE:       January 13, 2021 |
| Defendant. | TIME:       9:00 A.M. |
| | JUDGE:     Hon. Kendall J. Newman |

On January 30, 2020, Michael J. Taylor appeared in magistrate court in this district for his initial appearance on the single charge in the citation, a violation of 36 C.F.R. 261.59(d) (driving on a suspended license).

In light of the pending case at 2:19-cr-173-WBS, charging Mr. Taylor with a violation of 18 U.S.C. §2250(a), the parties hereby stipulate that the status conference scheduled for January 13, 2021 be vacated and be continued to March 11, 2021 at 9:00 A.M.

Mr. Taylor entered a guilty plea to the single charge in the felony case on December 14, 2020. Sentencing is set for March 8, 2021. Pursuant to the parties' plea agreement, the government will dismiss the misdemeanor charge in the instant case after Judgment and Sentencing in the felony matter.

//

//

1       The defendant requests that the scheduled status conference in the instant case be

2  continued to March 11, 2021.  The government does not oppose this request.

3  DATED: January 11, 2021                  Respectfully submitted,

4
                                          HEATHER E. WILLIAMS
5                                         Federal Defender

6                                         */s/ Hannah R. Labaree*
7                                         HANNAH R. LABAREE
                                          Assistant Federal Defender
8                                         Attorney for MICHAEL J. TAYLOR

9  DATED: January 11, 2021                  McGREGOR W. SCOTT
                                          United States Attorney
10
                                          By: */s/ Shelley Weger*
11                                        SHELLEY WEGER
                                          Assistant United States Attorney
12                                        Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER

2        The Court, having received, read, and considered the parties' stipulation, and good cause

3 appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in

4 its entirety as its Order. The Court specifically ORDERS that the status conference, currently set

5 for January 13, 2021, at 9:00 A.M., be VACATED and CONTINUED to March 11, 2021, at

6 9:00 A.M., in front of this Honorable Court.

7 Dated:  January 11, 2021

8

9 _____

KENDALL J. NEWMAN

10 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28