PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOSEPH TAYLOR,<br><br>Defendant. | CASE NO.  3:16-po-00464 KJN<br><br>ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE: March 11, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 3:16-po-00464 KJN without prejudice is GRANTED.

It is further ordered that the status conference scheduled for March 11, 2021, is vacated.

IT IS SO ORDERED.

Dated:  March 8, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS